■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TONY BRADLEY, Appellant. — Judgment unanimously affirmed. Counsel's application to withdraw granted. (See *People v Crawford,* 71 AD2d 38.) (Appeal from judgment of Onondaga County Court — arson, second degree.) Present — Cardamone, J.P., Callahan, Doerr, Denman and Schnepp, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY PELLEGRINI, Appellant. — Judgment unanimously affirmed. Counsel's application to withdraw granted. (See *People v Crawford,* 71 AD2d 38.) (Appeal

from judgment of Erie County Court — attempted grand larceny, third degree.) Present — Cardamone, J.P., Callahan, Doerr, Denman and Schnepp, JJ.